UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REBECCA RIKER, | ) |
|           Plaintiff, | ) |
| vs. | ) |
| BRUCE LEMMON, RICHARD BROWN, JAMES BASINGER, JERRY SNYDER, | ) No. 1:13-cv-00571-TWP-DML |
|           Defendants. | ) |

## FINAL JUDGMENT

Having this day granted summary judgment in favor of Defendants, the Court hereby enters JUDGMENT in favor of Defendants and against the Plaintiff. Plaintiff shall take nothing by way of her complaint.

SO ORDERED:

Dated: 07/30/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Daniel Gore
INDIANA ATTORNEY GENERAL
Daniel.Gore@atg.in.gov

Aimee M. Gong
LAW OFFICES OF LAWRENCE M. REUBEN
gong@reubenlaw.net

Lawrence M. Reuben
LAW OFFICES OF LAWRENCE M.REUBEN
reuben@reubenlaw.net

Caryn M. Nieman
OFFICE OF THE ATTORNEY GENERAL
caryn.nieman@atg.in.gov